UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN D. BRIDGFORD, | Case No. 09-cv-0327-RSM |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

The Court, after careful consideration of the Plaintiff's complaint, Defendant's motion to dismiss, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The Commissioner's motion to dismiss Plaintiff's complaint for failure to exhaust administrative remedies, Dkt. No. 9, is GRANTED and Plaintiff's complaint is DISMISSED without prejudice. Plaintiff's motion requesting a hearing, Dkt. No. 11, is DENIED.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 20 day of July, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE
PAGE - 2